# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp Jr, Frederick P. | USDC/Northern West Virginia | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2016 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Abbvie | B | Dividend | M | T | Buy | 05/10/16 | M | | |
| 3. | | | | | Sold | 10/25/16 | M | | |
| 4. Abbvie | A | Dividend | M | T | Buy | 12/05/16 | M | | |
| 5. Automatic Data Processing | E | Dividend | O | T | | | | | |
| 6. JP Morgan Chase & Co | E | Dividend | P1 | T | | | | | |
| 7. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 8. CDK Global Inc | B | Dividend | M | T | | | | | |
| 9. Coca-Cola Co | E | Dividend | O | T | | | | | |
| 10. Chevron Corp | D | Dividend | M | T | | | | | |
| 11. Conocophillips | C | Dividend | M | T | | | | | |
| 12. Dow Chemical Co | D | Dividend | M | T | | | | | |
| 13. EMC Corp Mass | C | Dividend | | | Merged (with line 14) | 09/22/16 | K | | |
| 14. Dell Technologies | | None | K | T | Sold (part) | 09/27/16 | M | F | |
| 15. | | | | | Buy (add'l) | 12/18/16 | K | | |
| 16. Exxon Mobil Corp Com | E | Dividend | O | T | | | | | |
| 17. Facebook | | None | L | T | Buy | 05/10/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 12/12/16 | L | | |
| 19. General Electric | E | Dividend | O | T | | | | | |
| 20. Alphabet Inc Cl A | | None | M | T | | | | | |
| 21. Alphabet Inc Cl C | | None | M | T | | | | | |
| 22. Hazlett, Burt & Watson, Inc. | C | Int./Div. | O | T | | | | | |
| 23. Intel Corp | D | Dividend | N | T | | | | | |
| 24. Intercontinental Exchange Group | B | Dividend | M | T | | | | | |
| 25. Invesco Select Real Est Y | C | Dividend | L | T | | | | | |
| 26. PPG Corp | C | Dividend | M | T | | | | | |
| 27. Wasatch Funds Inc 1st Source | A | Dividend | L | T | Sold (part) | 10/25/16 | M | | |
| 28. | | | | | Buy (add'l) | 12/05/16 | L | | |
| 29. Zimmer Biomet Holdings Inc | D | Dividend | O | T | | | | | |
| 30. 3M Company | C | Dividend | M | T | | | | | |
| 31. Century Properties X LP | E | Rent | L | W | | | | | |
| 32. Century Properties XII LP | C | Rent | K | W | | | | | |
| 33. Century Properties XIV LP | D | Rent | K | W | | | | | |
| 34. Century Properties XV LP | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Century Properties XVI LP | D | Rent | L | W | | | | | |
| 36. Century Properties XVIII LP | D | Rent | K | W | | | | | |
| 37. Century Properties XIX LP | B | Rent | K | W | | | | | |
| 38. Century Properties XX LP | B | Rent | K | W | | | | | |
| 39. Century Properties XXIII | B | Rent | K | W | | | | | |
| 40. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 41. American Century Mutual Funds Inc Heritage | | None | M | T | | | | | |
| 42. T Rowe Price New Horizons | B | Dividend | N | T | Buy (add'l) | 12/16/16 | K | | |
| 43. Fidelity Prime Fund Capital Reserves "C" | A | Interest | | | Sold | 01/04/16 | N | | |
| 44. Federated Gov't Obligatiuons Tax Managed Fund | A | Interest | N | T | Buy | 01/04/16 | N | | |
| 45. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 46. Allergan Inc | | None | | | Sold | 05/10/16 | M | | |
| 47. Apple Computer Inc | E | Dividend | O | T | | | | | |
| 48. CR Bard Inc | B | Dividend | N | T | | | | | |
| 49. Caterpillar | D | Dividend | M | T | | | | | |
| 50. Chubb Corp | B | Dividend | L | T | Buy (add'l) | 01/14/16 | L | | |
| 51. | | | | | Sold (part) | 01/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/02/16 | M | F | |
| 53. Walt Disney Co | D | Dividend | O | T | | | | | |
| 54. Home Depot | E | Dividend | P1 | T | | | | | |
| 55. Ishares TR Future Issues China | D | Dividend | M | T | | | | | |
| 56. Ishares-TR MSCI Emerging Market Index Fund | B | Dividend | M | T | | | | | |
| 57. Microsoft | E | Dividend | O | T | | | | | |
| 58. Paychex Inc | D | Dividend | M | T | | | | | |
| 59. Pepsico | D | Dividend | O | T | | | | | |
| 60. Pinnacle West Cap CP | D | Dividend | M | T | | | | | |
| 61. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 62. Roper Technology Inc | D | Dividend | P1 | T | | | | | |
| 63. Schlumberger Ltd | D | Dividend | N | T | | | | | |
| 64. Varian Med Sys Inc | | None | N | T | | | | | |
| 65. Verizon Communications | C | Dividend | M | T | | | | | |
| 66. Versum Materials Inc | | None | L | T | Spinoff (from line 45) | 10/10/16 | L | | |
| 67. Visa Inc | A | Dividend | L | T | | | | | |
| 68. Walgreens Boots Alliance Inc | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 70. Yum China Hlds Brands | | None | M | T | Spinoff (from line 69) | 11/08/16 | K | | |
| 71. JP Morgan Bank Accounts | A | Interest | J | T | Open | 01/04/16 | J | | |
| 72. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 73. General Mills | A | Dividend | K | T | | | | | |
| 74. WesBanco | A | Dividend | J | T | | | | | |
| 75. Riverview Assoc. | D | Rent | K | W | | | | | |
| 76. IRA #1 (Security National) | | | | | | | | | |
| 77. Federated Prime Obligations Fund | A | Dividend | L | T | | | | | |
| 78. Amazon Com Inc | | None | K | T | Buy | 10/28/16 | K | | |
| 79. Amgen | C | Dividend | M | T | | | | | |
| 80. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 81. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 82. IBM | B | Dividend | K | T | | | | | |
| 83. Intel Corp | B | Dividend | K | T | | | | | |
| 84. Ishares MSCI EM Mkt | A | Dividend | K | T | | | | | |
| 85. Johnson & Johnson | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BHP Billiton LTD | A | Dividend | | | Sold | 05/25/16 | J | | |
| 87. Chubb Corp | A | Dividend | K | T | Sold (part) | 01/20/16 | K | D | |
| 88. Cisco Systems Inc | B | Dividend | K | T | | | | | |
| 89. Dominion Resources Inc | B | Dividend | L | T | | | | | |
| 90. Facebook | | None | K | T | Buy | 05/13/16 | K | | |
| 91. Home Depot Inc | C | Dividend | M | T | | | | | |
| 92. Paypal Holdings Inc | | None | K | T | | | | | |
| 93. Procter & Gamble Company | B | Dividend | L | T | | | | | |
| 94. Pepsico Inc | B | Dividend | L | T | | | | | |
| 95. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 96. Qualcomm Inc | A | Dividend | K | T | | | | | |
| 97. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 98. General Electric Co. | B | Dividend | L | T | | | | | |
| 99. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 100. Kimberly Clark Corp | B | Dividend | K | T | | | | | |
| 101. Microsoft | B | Dividend | K | T | | | | | |
| 102. Omnicom Group | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schlumberger Ltd | B | Dividend | L | T | | | | | |
| 104. AT&T Inc | B | Dividend | K | T | | | | | |
| 105. Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 106. Thermo Fisher | A | Dividend | M | T | | | | | |
| 107. EMC Corporation | B | Dividend | | | Merged (with line 108) | 09/22/16 | L | | |
| 108. Dell Technologies | | None | K | T | Sold (part) | 09/27/16 | J | A | |
| 109. Ebay Inc | | None | J | T | | | | | |
| 110. United Technologies | B | Dividend | L | T | | | | | |
| 111. Verizon | B | Dividend | L | T | | | | | |
| 112. Visa Inc | A | Dividend | K | T | | | | | |
| 113. Vulcan Materials | A | Dividend | K | T | Buy | 10/28/16 | K | | |
| 114. Walt Disney Co | B | Dividend | M | T | | | | | |
| 115. Wells Fargo & Co | A | Dividend | | | Sold | 10/06/16 | K | | |
| 116. Trust #2 (Security National) | | | | | | | | | |
| 117. Federated Tax Free Obligations | A | Dividend | N | T | | | | | |
| 118. Sterling WV Intermediate Tax Free Fund | D | Dividend | N | T | Buy (add'l) | 12/09/16 | J | | |
| 119. ConocoPhillips | B | Dividend | L | T | Sold (part) | 11/07/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/06/16 | L | | |
| 121. Caterpillar Inc | C | Dividend | M | T | | | | | |
| 122. CR Bard | A | Dividend | M | T | | | | | |
| 123. Blackrock Inc | C | Dividend | M | T | | | | | |
| 124. Intel Corp | C | Dividend | M | T | | | | | |
| 125. IBM | D | Dividend | M | T | | | | | |
| 126. Ishares TR S&P Small Cap 600 Growth | A | Dividend | L | T | | | | | |
| 127. Ishares TR S&P Small Cap 600 Value | A | Dividend | L | T | | | | | |
| 128. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 129. Kraft Heinz Co | B | Dividend | L | T | | | | | |
| 130. Mondelez Intl | B | Dividend | L | T | | | | | |
| 131. Constellation Brands | C | Dividend | O | T | | | | | |
| 132. Devon Energy | B | Dividend | L | T | | | | | |
| 133. EMC Corp | B | Dividend | | | Merged (with line 134) | 09/22/16 | M | F | |
| 134. Dell Technologies | | None | | | Sold | 11/07/16 | K | A | |
| 135. Eaton Vance Floating Rate I | C | Dividend | M | T | | | | | |
| 136. Ebay Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Paypal Holdings Inc | | None | K | T | | | | | |
| 138. Procter & Gamble Company | D | Dividend | N | T | | | | | |
| 139. Duke Energy | C | Dividend | M | T | | | | | |
| 140. Quest Diagnostics | B | Dividend | M | T | | | | | |
| 141. Schlumberger LTD | C | Dividend | M | T | | | | | |
| 142. Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |
| 143. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 144. 3M | D | Dividend | O | T | | | | | |
| 145. Omnicom Group | D | Dividend | N | T | | | | | |
| 146. Chevron Corp | D | Dividend | N | T | | | | | |
| 147. Chubb Corp | B | Dividend | L | T | Sold (part) | 01/20/16 | L | E | |
| 148. | | | | | Buy (add'l) | 11/07/16 | K | | |
| 149. Cisco Systems | C | Dividend | M | T | | | | | |
| 150. Visa Inc | A | Dividend | M | T | | | | | |
| 151. Walt Disney Co | C | Dividend | N | T | | | | | |
| 152. Wells Fargo | B | Dividend | | | Sold | 10/14/16 | L | E | |
| 153. Weyerhaeuser Company | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Thermo Fisher | B | Dividend | N | T | | | | | |
| 155. Altria Group Inc | D | Dividend | M | T | | | | | |
| 156. Union Pacific Corp | D | Dividend | O | T | | | | | |
| 157. United Technologies Corp | C | Dividend | M | T | | | | | |
| 158. Versum Materials | | None | K | T | Spinoff (from line 163) | 10/10/16 | L | | |
| 159. Verizon Communications | D | Dividend | M | T | | | | | |
| 160. Vulcan Materials | A | Dividend | L | T | Buy | 11/07/16 | L | | |
| 161. Abbott Labs | B | Dividend | L | T | | | | | |
| 162. Abbvie | C | Dividend | M | T | | | | | |
| 163. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 164. Amazon Com Inc | | None | L | T | Buy | 05/26/16 | L | | |
| 165. Apple Inc | B | Dividend | L | T | | | | | |
| 166. Automatic Data Processing | B | Dividend | M | T | | | | | |
| 167. AT&T | D | Dividend | M | T | | | | | |
| 168. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 169. Facebook Inc | | None | L | T | Buy | 05/26/16 | L | | |
| 170. General Mills Inc. | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Gilead Sciences Inc | C | Dividend | M | T | | | | | |
| 172. Alphabet Inc Cl A | | None | L | T | | | | | |
| 173. Alphabet Inc Cl C | | None | L | T | | | | | |
| 174. Grainger WW Inc | D | Dividend | N | T | | | | | |
| 175. Home Depot | D | Dividend | O | T | | | | | |
| 176. Microsoft Corp Com | D | Dividend | N | T | | | | | |
| 177. Oracle Corp Com | D | Dividend | N | T | | | | | |
| 178. Philip Morris Intl Inc | D | Dividend | N | T | | | | | |
| 179. CVS | D | Dividend | N | T | | | | | |
| 180. Trust #3 | | | | | | | | | |
| 181. AT&T | B | Dividend | K | T | | | | | |
| 182. Abbott Labs | B | Dividend | K | T | | | | | |
| 183. Abbvie | B | Dividend | L | T | | | | | |
| 184. Air Products & Chemicals | B | Dividend | L | T | | | | | |
| 185. Versum Matl Inc | | None | | | Spinoff (from line 184) | 10/10/16 | J | | |
| 186. | | | | | Sold | 10/28/16 | J | A | |
| 187. Altria Group | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Amazon Com Inc | | None | K | T | Buy | 10/28/16 | K | | |
| 189. Dominion Resources | B | Dividend | K | T | | | | | |
| 190. EMC Corp | A | Dividend | | | Merged (with line 191) | 09/22/16 | L | D | |
| 191. Dell Technologies | | None | | | Sold | 10/28/16 | J | | |
| 192. Pepsico | B | Dividend | L | T | | | | | |
| 193. Philip Morris Int'l Inc | B | Dividend | L | T | | | | | |
| 194. Intel Corp | C | Dividend | M | T | | | | | |
| 195. Genuine Parts Co. | B | Dividend | L | T | | | | | |
| 196. Harbor Intl I | B | Dividend | L | T | | | | | |
| 197. Praxair Inc | A | Dividend | K | T | | | | | |
| 198. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 199. 3M Company | C | Dividend | M | T | | | | | |
| 200. United Technologies | B | Dividend | L | T | | | | | |
| 201. Visa Inc | A | Dividend | L | T | | | | | |
| 202. Vulcan Materials | | None | K | T | Buy | 10/28/16 | K | | |
| 203. Yum Brands | B | Dividend | L | T | | | | | |
| 204. Yum China Hldgs | | None | K | T | Spinoff (from line 203) | 11/08/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 206. California Res Corp | | None | | | Spinoff (from line 212) | 10/10/16 | J | | |
| 207. | | | | | Sold | 10/10/16 | J | A | |
| 208. Canadian Nat'l Ry Co | A | Dividend | L | T | | | | | |
| 209. Chubb Corp | B | Dividend | L | T | Buy (add'l) | 01/15/16 | L | | |
| 210. | | | | | Sold (part) | 01/20/16 | M | F | |
| 211. Facebook Inc | | None | K | T | Buy | 05/13/16 | L | | |
| 212. Occidental Pete Corp | C | Dividend | L | T | | | | | |
| 213. PPG Industries | A | Dividend | K | T | | | | | |
| 214. Raytheon Corp | B | Dividend | L | T | | | | | |
| 215. WEC Energy Group Inc | B | Dividend | L | T | | | | | |
| 216. Wells Fargo & Co | B | Dividend | | | Sold | 10/06/16 | K | D | |
| 217. Entergy Corp New | B | Dividend | K | T | | | | | |
| 218. General Electric Company | D | Dividend | M | T | | | | | |
| 219. International Business Mach Corp | C | Dividend | L | T | | | | | |
| 220. Ishares MSCI EM Mrkt | C | Dividend | K | T | | | | | |
| 221. Ishares MSCI EAFE Index | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 223. Ishares MSCI All CNTRY Asia Ex JP FD | A | Dividend | | | Sold | 08/11/16 | K | D | |
| 224. Archer Daniels Midland | B | Dividend | L | T | | | | | |
| 225. Blackrock Inc | B | Dividend | L | T | | | | | |
| 226. Eagle Ser Mid Cap Stock Fd Class I | D | Dividend | M | T | Buy (add'l) | 12/28/16 | J | | |
| 227. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 228. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 229. Federated Tax-Free Obligation Fund | A | Dividend | L | T | | | | | |
| 230. JPMorgan Intermed Tax Free Bond | D | Dividend | O | T | Buy (add'l) | 12/15/16 | J | | |
| 231. JPMorgan Muni Income Fund | C | Dividend | M | T | Buy (add'l) | 12/15/16 | J | | |
| 232. JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 233. JPMorgan Tr I Tax Aware Real Rtn Fd | B | Dividend | L | T | | | | | |
| 234. Payden High Income Fund | D | Dividend | M | T | | | | | |
| 235. Fidelity Advisor High Inc Adv | D | Dividend | M | T | | | | | |
| 236. General Mills | B | Dividend | L | T | | | | | |
| 237. Verizon | B | Dividend | K | T | | | | | |
| 238. Home Depot | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Microsoft Corp Com | D | Dividend | N | T | | | | | |
| 240. Cisco Systems | C | Dividend | M | T | | | | | |
| 241. Coca-Cola | B | Dividend | L | T | | | | | |
| 242. Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 243. Dodge & Cox Int'l Stock Fund | B | Dividend | L | T | Buy | 12/21/16 | J | | |
| 244. Trust #4 (Security National) | | | | | | | | | |
| 245. Federated Government Obligations Fund | A | Dividend | J | T | | | | | |
| 246. 3M Co | A | Dividend | K | T | Sold (part) | 05/13/16 | J | C | |
| 247. | | | | | Sold (part) | 10/28/16 | J | B | |
| 248. AT&T | A | Dividend | J | T | | | | | |
| 249. Amazon Com Inc | | None | J | T | Buy | 05/13/16 | J | | |
| 250. Chevron | A | Dividend | K | T | | | | | |
| 251. Duke Energy | A | Dividend | K | T | | | | | |
| 252. General Electric | A | Dividend | K | T | | | | | |
| 253. Abbott Labs | A | Dividend | J | T | | | | | |
| 254. Abbvie | A | Dividend | K | T | | | | | |
| 255. Colgate Palmolive | A | Dividend | K | T | Sold (part) | 10/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Conocophillips Com | A | Dividend | K | T | | | | | |
| 257. Facebook Inc | | None | J | T | Buy | 05/13/16 | J | | |
| 258. IBM | A | Dividend | K | T | | | | | |
| 259. Intel Corp | A | Dividend | K | T | | | | | |
| 260. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 261. Pepsico | A | Dividend | K | T | Sold (part) | 10/28/16 | J | B | |
| 262. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 263. Quest Diagnostics | A | Dividend | K | T | Sold (part) | 02/11/16 | J | A | |
| 264. Schlumberger | A | Dividend | J | T | Sold (part) | 02/11/16 | J | C | |
| 265. United Technologies | A | Dividend | K | T | Sold (part) | 05/13/16 | J | B | |
| 266. | | | | | Sold (part) | 10/28/16 | J | B | |
| 267. Verizon Communications | A | Dividend | K | T | | | | | |
| 268. Walt Disney Co | A | Dividend | K | T | Sold (part) | 05/13/16 | J | C | |
| 269. Thermo Fisher | A | Dividend | K | T | Sold (part) | 02/11/16 | J | C | |
| 270. | | | | | Sold (part) | 05/13/16 | J | C | |
| 271. | | | | | Sold (part) | 10/28/16 | J | C | |
| 272. IRA #2 (HBW) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Ishares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 274. S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 275. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 276. S&P Depository Rec (S&P 500 ETF) | A | Dividend | K | T | Buy (add'l) | 10/28/16 | J | | |
| 277. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 278. Federated Prime Obligation #10 | A | Dividend | J | T | | | | | |
| 279. Prime Fund Capital Reserves "B" | A | Interest | N | T | | | | | |
| 280. Air Products & Checmical Inc | B | Dividend | L | T | | | | | |
| 281. Allegion Pub LTD Co | A | Dividend | L | T | | | | | |
| 282. Allergan Inc | A | Dividend | | | Sold | 05/10/16 | M | | |
| 283. Amazon.com Inc | | None | M | T | | | | | |
| 284. California Res Corp | | None | | | Spinoff (from line 330) | 10/10/16 | J | | |
| 285. | | | | | Sold | 10/10/16 | J | A | |
| 286. Caterpillar | C | Dividend | M | T | | | | | |
| 287. Coach Inc | D | Dividend | M | T | | | | | |
| 288. Coca Cola Inc | B | Dividend | L | T | Buy (add'l) | 10/25/16 | L | | |
| 289. Exxon Mobil Corp | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Facebook Inc | | None | M | T | Buy | 05/10/16 | M | | |
| 291. Home Depot | D | Dividend | N | T | | | | | |
| 292. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 293. IShares TR MSCI Emerging Mkt | B | Dividend | L | T | | | | | |
| 294. Microsoft Corp. | D | Dividend | N | T | | | | | |
| 295. Paypal Holdings Inc | | None | M | T | Buy (add'l) | 10/25/16 | L | | |
| 296. Pepsico | D | Dividend | N | T | | | | | |
| 297. Pinnacle West Capital Corp | C | Dividend | L | T | | | | | |
| 298. PPG Industries | C | Dividend | M | T | | | | | |
| 299. Varian Med Sys Inc | | None | M | T | | | | | |
| 300. Walgreens Boots Alliance Inc | B | Dividend | L | T | Buy (add'l) | 05/10/16 | K | | |
| 301. Yum Brands Inc Com | C | Dividend | M | T | | | | | |
| 302. Yum China Hldgs | | None | L | T | Spinoff (from line 301) | 11/08/16 | L | | |
| 303. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 304. 3M Company | C | Dividend | M | T | Buy (add'l) | 10/25/16 | K | | |
| 305. Abbvie | B | Dividend | M | T | Buy | 05/10/16 | M | | |
| 306. | | | | | Sold (part) | 10/25/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 12/15/16 | M | | |
| 308. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 309. AT&T | C | Dividend | M | T | Buy (add'l) | 05/10/16 | L | | |
| 310. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 311. Bard CR Inc | A | Dividend | M | T | | | | | |
| 312. Blackrock Inc | C | Dividend | M | T | | | | | |
| 313. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 314. Chevron Corporation | D | Dividend | M | T | | | | | |
| 315. Chubb Corp | C | Dividend | M | T | Buy (add'l) | 01/14/16 | M | | |
| 316. | | | | | Sold (part) | 02/02/16 | J | | |
| 317. | | | | | Sold (part) | 01/20/16 | N | G | |
| 318. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 319. Conocophillips | B | Dividend | M | T | | | | | |
| 320. Ebay Inc | | None | K | T | | | | | |
| 321. EMC Corp | B | Dividend | | | Sold (part) | 09/02/16 | M | E | |
| 322. | | | | | Merged (with line 323) | 09/22/16 | K | | |
| 323. Dell Technologies | | None | K | T | Buy (add'l) | 10/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 12/18/16 | K | | |
| 325. General Electric | D | Dividend | M | T | | | | | |
| 326. Gilead Sciences Inc | B | Dividend | L | T | | | | | |
| 327. Alphabet Inc Cl A | | None | M | T | | | | | |
| 328. Alphabet Inc Cl C | | None | M | T | | | | | |
| 329. HBW Inc | A | Int./Div. | N | W | | | | | |
| 330. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 331. Ingersoll Rand Co | C | Dividend | M | T | | | | | |
| 332. Intel Corp | C | Dividend | M | T | | | | | |
| 333. Panera Bread Co Cl A | | None | N | T | | | | | |
| 334. Starbucks | D | Dividend | O | T | | | | | |
| 335. Stifel Finl Corp | | None | K | T | Buy | 11/04/16 | K | | |
| 336. Roper Technology Inc | A | Dividend | L | T | | | | | |
| 337. Thermo Fisher Scientific | A | Dividend | M | T | | | | | |
| 338. Verizon Communications | C | Dividend | K | T | Buy (add'l) | 05/10/16 | L | | |
| 339. Visa Inc | A | Dividend | M | T | | | | | |
| 340. Vulcan Materials | A | Dividend | L | T | Buy | 10/25/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Wesbanco | D | Dividend | N | T | | | | | |
| 342. Whole Foods Market Inc | C | Dividend | M | T | | | | | |
| 343. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |
| 344. American Century Mutual Funds Inc Heritage | D | Dividend | M | T | | | | | |
| 345. Invesco Select Real Est Y | C | Dividend | L | T | | | | | |
| 346. T Rowe Price New Horizons A | E | Dividend | N | T | | | | | |
| 347. Wasatch Funds Inc 1st Source Long-Short | D | Dividend | L | T | Sold (part) | 10/25/16 | M | A | |
| 348. | | | | | Buy (add'l) | 12/05/16 | L | | |
| 349. Trust #5 | | | | | | | | | |
| 350. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 351. A&T | A | Dividend | J | T | | | | | |
| 352. Advansix Inc | | None | J | T | Spinoff (from line 361) | 10/01/16 | J | | |
| 353. Cisco Systems | A | Dividend | K | T | | | | | |
| 354. Conoco Phillips | A | Dividend | J | T | | | | | |
| 355. Celgene Corp | | None | J | T | Buy | 01/13/16 | J | | |
| 356. Continental Resources | | None | J | T | | | | | |
| 357. Danaher Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Eaton Corp PLC | A | Dividend | K | T | | | | | |
| 359. Fortive Corp | A | Dividend | J | T | Spinoff (from line 357) | 06/15/16 | J | | |
| 360. General Electric | B | Dividend | K | T | | | | | |
| 361. Honeywell | A | Dividend | K | T | | | | | |
| 362. Kinder Morgan Energy | | None | | | Sold | 01/13/16 | J | | |
| 363. Kohls | A | Dividend | J | T | | | | | |
| 364. McDonalds | A | Dividend | J | T | | | | | |
| 365. McKesson Corp | A | Dividend | J | T | | | | | |
| 366. Oracle Systems | A | Dividend | K | T | | | | | |
| 367. Phillips 66 | A | Dividend | J | T | | | | | |
| 368. PNC Financial Svc Group | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 369. PPG Industries | A | Dividend | K | T | | | | | |
| 370. Toronto Dominion Bank | | None | | | Sold | 01/13/16 | J | C | |
| 371. Allergan Inc | | None | K | T | | | | | |
| 372. Wells Fargo | A | Dividend | | | Sold | 10/14/16 | J | C | |
| 373. WesMark Bond Fund #556 | B | Dividend | L | T | Sold (part) | 03/30/16 | J | | |
| 374. | | | | | Sold (part) | 04/14/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold (part) | 07/27/16 | J | A | |
| 376. Trust #6 | | | | | | | | | |
| 377. Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |
| 378. AT&T | C | Dividend | L | T | | | | | |
| 379. Apple Computer | C | Dividend | M | T | | | | | |
| 380. Boeing Company | B | Dividend | L | T | | | | | |
| 381. Bristol Myers Squibb | D | Dividend | N | T | Sold (part) | 01/13/16 | M | G | |
| 382. Celgene Corp | | None | L | T | Buy | 01/13/16 | L | | |
| 383. Cisco Systems | B | Dividend | K | T | | | | | |
| 384. Coca Cola Co | B | Dividend | K | T | | | | | |
| 385. Commerce Bancshares | B | Dividend | L | T | | | | | |
| 386. Conoco Phillips | A | Dividend | K | T | | | | | |
| 387. Continental Resources | | None | K | T | | | | | |
| 388. Eaton Corp | B | Dividend | K | T | | | | | |
| 389. Exxon Mobil | B | Dividend | L | T | | | | | |
| 390. Nextera Energy | B | Dividend | K | T | | | | | |
| 391. Federated Total Return Bond Fund | D | Dividend | M | T | Buy (add'l) | 01/11/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 12/30/16 | K | | |
| 393. Fluor Corp | A | Dividend | K | T | | | | | |
| 394. General Electric | C | Dividend | L | T | | | | | |
| 395. General Mills | B | Dividend | L | T | | | | | |
| 396. IBM | | None | | | Sold | 01/13/16 | K | C | |
| 397. JP Morgan Chase & Co | D | Dividend | O | T | | | | | |
| 398. Kinder Morgan Energy | | None | | | Sold | 01/13/16 | K | | |
| 399. Kohls | B | Dividend | K | T | | | | | |
| 400. Lowes Cos Inc | B | Dividend | L | T | Buy | 01/14/16 | L | | |
| 401. McDonalds | B | Dividend | K | T | | | | | |
| 402. Mondelez Intl | A | Dividend | K | T | | | | | |
| 403. Phillips 66 | A | Dividend | K | T | | | | | |
| 404. PPG Industries | B | Dividend | L | T | | | | | |
| 405. Precision Cast Parts | | None | | | Sold | 02/01/16 | L | E | |
| 406. Qualcom Inc | | None | | | Sold | 01/13/16 | K | | |
| 407. Vanguard Emerging VIP | A | Dividend | K | T | | | | | |
| 408. Allergan | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. WesMark Bond Fund #556 | C | Dividend | N | T | | | | | |
| 410. Woodward Inc | A | Dividend | L | T | | | | | |
| 411. Trust #7 | | | | | | | | | |
| 412. Wesmark WV Muni Bd Fnd #548 | E | Dividend | O | T | | | | | |
| 413. Wesmark Small Co Growth Fd #391 | E | Dividend | N | T | | | | | |
| 414. AT&T | D | Dividend | M | T | | | | | |
| 415. Amazon Com Inc | | None | M | T | Buy | 12/28/16 | M | | |
| 416. Apple Computer | D | Dividend | N | T | | | | | |
| 417. Artisan International Fd #661 | B | Dividend | M | T | | | | | |
| 418. Artisan MidCap Fund Class I | E | Dividend | M | T | | | | | |
| 419. Automatic Data Processing | B | Dividend | M | T | | | | | |
| 420. BP PLC | D | Dividend | M | T | | | | | |
| 421. Boeing Co | C | Dividend | M | T | | | | | |
| 422. Borg Warner Inc | A | Dividend | | | Sold | 06/21/16 | L | | |
| 423. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 424. Broadcom | C | Dividend | M | T | Buy | 12/28/16 | M | | |
| 425. Celgene | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Cerner Corp | | None | | | Sold | 12/28/16 | L | | |
| 427. Conoco Phillips | C | Dividend | M | T | | | | | |
| 428. Chevron Corp | F | Dividend | P1 | T | | | | | |
| 429. CVS Health Corp | A | Dividend | | | Buy | 06/21/16 | M | | |
| 430. | | | | | Sold | 12/28/16 | M | | |
| 431. Cisco Systems | D | Dividend | N | T | | | | | |
| 432. Costco Wholesale Corp | C | Dividend | N | T | | | | | |
| 433. Dow Chemical Co | C | Dividend | L | T | | | | | |
| 434. EMC Corp | B | Dividend | | | Sold | 06/21/16 | M | G | |
| 435. EOG Resources | D | Dividend | P1 | T | | | | | |
| 436. Express Scripts | | None | M | T | | | | | |
| 437. Eaton Corp | B | Dividend | | | Sold | 06/21/16 | M | D | |
| 438. Federated Intercontinental Fund #176 | C | Dividend | M | T | | | | | |
| 439. Fifth Third Bancorp | B | Dividend | M | T | | | | | |
| 440. General Electric Co. | D | Dividend | N | T | | | | | |
| 441. Gilead Sciences | B | Dividend | | | Sold | 12/28/16 | L | | |
| 442. Alphabet Inc Cl A | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Alphabet Inc Cl C | | None | M | T | | | | | |
| 444. Home Depot | C | Dividend | M | T | | | | | |
| 445. 3M | C | Dividend | M | T | | | | | |
| 446. IBM | D | Dividend | M | T | | | | | |
| 447. Invesco Intl Growth Fd Cl I | B | Dividend | M | T | | | | | |
| 448. Mastercard Inc Cl A | B | Dividend | M | T | Buy | 06/21/16 | M | | |
| 449. Mondelez International | B | Dividend | M | T | | | | | |
| 450. Oracle Systems | C | Dividend | M | T | | | | | |
| 451. PNC Financial Svc | C | Dividend | M | T | | | | | |
| 452. Parker-Hannifin | B | Dividend | M | T | | | | | |
| 453. Pepsico Inc | D | Dividend | M | T | | | | | |
| 454. Phillips 66 | C | Dividend | M | T | | | | | |
| 455. Prime Cap Odyssey Aggressive Growth | D | Dividend | L | T | | | | | |
| 456. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 457. Qualcomm Inc | | None | | | Sold | 01/04/16 | L | | |
| 458. Texas Instruments Inc | D | Dividend | N | T | | | | | |
| 459. Toll Brothers | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Union Pacific Corp | C | Dividend | M | T | | | | | |
| 461. Unitedhealth Group | C | Dividend | M | T | Buy | 06/21/16 | L | | |
| 462. United Technologies | D | Dividend | N | T | | | | | |
| 463. US Bancorp | | None | M | T | | | | | |
| 464. WesBanco, Inc. | C | Dividend | M | T | | | | | |
| 465. Whitewave Foods | | None | M | T | Buy | 06/21/16 | M | | |
| 466. Zimmer Holdings Inc | A | Dividend | L | T | | | | | |
| 467. Trust #9 | | | | | | | | | |
| 468. Amazon Com Inc | | None | K | T | Buy | 12/28/16 | K | | |
| 469. Amgen | A | Dividend | K | T | Buy | 12/28/16 | K | | |
| 470. Apple Computer | C | Dividend | M | T | | | | | |
| 471. Artisan International Fund #661 | A | Dividend | L | T | | | | | |
| 472. Artisan MidCap Fund Cl I | D | Dividend | M | T | | | | | |
| 473. Boeing Co | B | Dividend | K | T | | | | | |
| 474. Borgwarner Inc | A | Dividend | | | Sold | 06/21/16 | K | | |
| 475. Celgene | | None | L | T | | | | | |
| 476. Cerner Corp | | None | | | Sold | 12/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Conoco Phillips | A | Dividend | K | T | | | | | |
| 478. Cisco Systems | C | Dividend | L | T | | | | | |
| 479. Continental Resources | | None | L | T | Buy (add'l) | 06/21/16 | K | | |
| 480. Costco Wholesale Corp | A | Dividend | L | T | | | | | |
| 481. Dow Chemical Co | B | Dividend | K | T | | | | | |
| 482. Eaton Corp PLC | B | Dividend | | | Sold | 06/21/16 | K | C | |
| 483. EOG Resources | A | Dividend | M | T | | | | | |
| 484. Express Scripts Holding Co | | None | K | T | | | | | |
| 485. Federated Intercontinental Fund #176 | A | Dividend | K | T | | | | | |
| 486. Gilead Sciences Inc | A | Dividend | | | Sold | 12/28/16 | K | | |
| 487. Haliburton | A | Dividend | L | T | | | | | |
| 488. Home Depot | B | Dividend | L | T | | | | | |
| 489. Hotchkis & Wiley Mid Cap Value Fund | A | Dividend | L | T | | | | | |
| 490. JP Morgan Chase | B | Dividend | L | T | | | | | |
| 491. Lyondellbasell Industries | A | Dividend | K | T | | | | | |
| 492. Macys | A | Dividend | K | T | | | | | |
| 493. Mastercard Inc Cl A | A | Dividend | L | T | Buy | 06/21/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 41

**Name of Person Reporting**

Stamp Jr, Frederick P.

**Date of Report**

05/15/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Merck & Comapany | B | Dividend | K | T | | | | | |
| 495. Mondelez Intl | A | Dividend | K | T | | | | | |
| 496. Nike Inc Class B | A | Dividend | K | T | | | | | |
| 497. PNC Financial Services | A | Dividend | K | T | | | | | |
| 498. 3M | B | Dividend | L | T | | | | | |
| 499. Pepsico | B | Dividend | L | T | | | | | |
| 500. Splunk Inc | | None | K | T | | | | | |
| 501. Texas Instruments | C | Dividend | M | T | | | | | |
| 502. Toll Brothers Inc | | None | K | T | | | | | |
| 503. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 504. Unitedhealth Group | A | Dividend | K | T | | | | | |
| 505. United Technologies | C | Dividend | M | T | | | | | |
| 506. US Bancorp | | None | K | T | | | | | |
| 507. WesMark WV Muni #548 | A | Dividend | J | T | | | | | |
| 508. WesMark Small Co Growth Fund | C | Dividend | L | T | | | | | |
| 509. WesBanco | C | Dividend | M | T | | | | | |
| 510. Whitewave Foods | | None | L | T | Buy | 06/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. EMC Corp | A | Dividend | | | Sold | 06/21/16 | L | E | |
| 512. Trust #10 (Security National) | | | | | | | | | |
| 513. AT&T | B | Dividend | L | T | | | | | |
| 514. Abbott Labs | A | Dividend | K | T | | | | | |
| 515. Abbvie | B | Dividend | K | T | | | | | |
| 516. Air Prods & Chems Inc | C | Dividend | M | T | | | | | |
| 517. Amazon Com Inc | | None | K | T | Buy | 05/13/16 | K | | |
| 518. Apple Inc | B | Dividend | M | T | | | | | |
| 519. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 520. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 521. Chubb Corp | A | Dividend | K | T | Sold (part) | 01/20/16 | K | E | |
| 522. | | | | | Buy (add'l) | 01/20/16 | K | | |
| 523. Devon Energy | B | Dividend | | | Sold | 05/13/16 | K | B | |
| 524. Dominion Resources | B | Dividend | K | T | Sold (part) | 10/28/16 | J | D | |
| 525. Duke Energy Corp | B | Dividend | K | T | Sold (part) | 10/28/16 | K | D | |
| 526. EMC Corp | A | Dividend | | | Sold | 05/13/16 | L | D | |
| 527. Exxon Mobil | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 41

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Facebook Inc | | None | K | T | Buy | 05/13/16 | K | | |
| 529. General Electric | B | Dividend | L | T | | | | | |
| 530. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 531. Home Depot | C | Dividend | M | T | Sold (part) | 10/28/16 | K | D | |
| 532. Intel | B | Dividend | L | T | | | | | |
| 533. IBM | C | Dividend | L | T | | | | | |
| 534. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 535. Federated Prime Obligations | A | Dividend | L | T | | | | | |
| 536. Omnicom Gr | B | Dividend | L | T | | | | | |
| 537. Oracle | B | Dividend | L | T | | | | | |
| 538. Pepsico Inc | C | Dividend | M | T | | | | | |
| 539. Proctor & Gamble | C | Dividend | M | T | | | | | |
| 540. PNC Financial Svcs Group | B | Dividend | L | T | Sold (part) | 05/13/16 | K | D | |
| 541. Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 542. United Technologies | B | Dividend | L | T | | | | | |
| 543. Visa Inc | A | Dividend | K | T | Buy | 05/13/16 | K | | |
| 544. Verizon Communications | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 41

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Versum Materials | | None | | | Spinoff (from line 516) | 10/10/16 | J | | |
| 546. | | | | | Sold | 10/28/16 | J | D | |
| 547. Zimmer Biomet Holdings Inc. | A | Dividend | L | T | | | | | |
| 548. Trust #11 (Security Nat'l) | | | | | | | | | |
| 549. Federal Prime - Obligations | A | Dividend | M | T | | | | | |
| 550. Vanguard ST Investment Grade Fund | C | Dividend | M | T | | | | | |
| 551. AT&T | B | Dividend | K | T | | | | | |
| 552. Abbott Labs | A | Dividend | K | T | | | | | |
| 553. Abbvie | B | Dividend | K | T | | | | | |
| 554. Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 555. Amazon Com Inc | | None | L | T | Buy | 05/25/16 | L | | |
| 556. Apple Inc | B | Dividend | L | T | | | | | |
| 557. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 558. Bard CR Inc Com | A | Dividend | L | T | | | | | |
| 559. Blackrock Inc | B | Dividend | K | T | | | | | |
| 560. CVS Health Corp | A | Dividend | K | T | | | | | |
| 561. Caterpillar Inc | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stamp Jr, Frederick P.**

Date of Report

05/15/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Chevron Corporation | B | Dividend | K | T | | | | | |
| 563. Chubb Corp | B | Dividend | K | T | Buy (add'l) | 01/20/16 | K | | |
| 564. | | | | | Sold (part) | 01/20/16 | L | D | |
| 565. Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 566. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 567. Conocophillips | B | Dividend | L | T | | | | | |
| 568. Dow Chemical | B | Dividend | K | T | | | | | |
| 569. Duke Energy | B | Dividend | L | T | | | | | |
| 570. Ebay Inc | | None | J | T | | | | | |
| 571. EMC Corp Mass | A | Dividend | | | Merged (with line 572) | 09/22/16 | K | D | |
| 572. Dell Technologies | | None | J | T | | | | | |
| 573. Exxon Mobil | B | Dividend | L | T | | | | | |
| 574. Thermo Fisher | A | Dividend | L | T | | | | | |
| 575. General Electric Co | A | Dividend | K | T | | | | | |
| 576. Gilead Sciences Inc | B | Dividend | L | T | | | | | |
| 577. Home Depot | C | Dividend | M | T | | | | | |
| 578. IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Intel Corp | B | Dividend | L | T | | | | | |
| 580. Ishares MSCI Emerging Mkts | B | Dividend | K | T | | | | | |
| 581. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 582. Microsoft | A | Dividend | K | T | | | | | |
| 583. Omnicom Group | A | Dividend | K | T | | | | | |
| 584. Paypal Holdings Inc | | None | K | T | | | | | |
| 585. Pepsico Inc | B | Dividend | L | T | | | | | |
| 586. PPG Industries | A | Dividend | K | T | | | | | |
| 587. Praxair | A | Dividend | K | T | | | | | |
| 588. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 589. Qualcomm Inc | B | Dividend | K | T | | | | | |
| 590. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 591. 3M Com | B | Dividend | L | T | | | | | |
| 592. United Technologies | A | Dividend | K | T | | | | | |
| 593. Verizon Communications | B | Dividend | K | T | | | | | |
| 594. Versum Matls Inc | | None | J | T | Spinoff (from line 554) | 10/10/16 | J | | |
| 595. Visa Inc | A | Dividend | M | T | Buy (add'l) | 05/25/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Wallgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 597. Wells Fargo | B | Dividend | | | Sold | 10/18/16 | K | | |
| 598. Zimmer Holdings | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Frederick P. Stamp Jr

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544